UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN E. CHAVEZ,<br>CDCR #K-49549<br><br>          Plaintiff,<br><br>v.<br><br>CDCR; J. CLARK; CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES; SCOTT KERNAN; P. JAYASUNDARA; S. ROBERT; M. GLYNN; WARDEN DANIEL PARAMO; KATHLEEN ALLISON; D. STRAYHORN; S. GATES; and DOES 1 to 50,<br><br>         Defendants. | Case No.: 3:19-cv-00624-JLS-BGS<br><br>**ORDER GRANTING MOTIONS FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**<br><br>(ECF Nos. 5, 7) |

**I. Procedural History**

On April 2, 2019, Plaintiff filed his civil rights Complaint pursuant to 42 U.S.C. § 1983. *See* ECF No. 1. On June 17, 2019, the Court conducted the required sua sponte screening of Plaintiff's Complaint and dismissed his Complaint for failing to state a claim. *See* ECF No. 3. The Court granted Plaintiff forty-five days leave to file an amended complaint in order to correct the deficiencies of pleading identified by the Court. *Id.*

On August 13, 2019, and later on August 30, 2019, Plaintiff filed requests seeking an extension of time to comply with the Court's June 17, 2019 Order. *See* ECF Nos. 5, 7. Specifically, Plaintiff seeks an additional forty-five days to file his amended pleading. *See* ECF No. 7 at 2. Plaintiff claims that he has been "conducting legal research" and is awaiting receipt of his medical records in order to "present a better case to the Court." *Id.*

## II. Conclusion and Order

Good cause appearing, the Court **GRANTS** Plaintiff's Motions for Extension of Time to file a First Amended Complaint (ECF Nos. 5, 7). Plaintiff is given an additional sixty (60) days leave from the date this Order is signed in which to comply with the Court's June 17, 2019 Order. If Plaintiff fails to file an amended pleading within this time frame, the Court will dismiss this entire action for the reasons set forth in the June 17, 2019 Order and for failing to comply with a Court Order.

Plaintiff's Amended Complaint must be complete by itself without reference to his original pleading. Defendants not named and any claim not re-alleged in his Amended Complaint will be considered waived. *See* S.D. Cal. CivLR 15.1; *Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989) ("[A]n amended pleading supersedes the original."); *Lacey v. Maricopa Cty.*, 693 F.3d 896, 928 (9th Cir. 2012) (noting that claims dismissed with leave to amend which are not re-alleged in an amended pleading may be "considered waived if not repled.").

**IT IS SO ORDERED.**

Dated: September 24, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

2
3:19-cv-00624-JLS-BGS